United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Earl N. Roberson, Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-21165-Civ-Scola |
| | ) | |
| State of Florida, Respondent. | ) | |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. Petitioner Earl N. Roberson filed an application for habeas relief in accordance with 28 U.S.C. § 2254. On May 18, 2018, Judge White issued a report, recommending that the Court dismiss Roberson's petition because it is untimely. (Rep. and Rec., ECF No. 4.) On August 28, 2018, Roberson filed what appears to be another petition but which the Court will construe as Roberson's objections to Judge White's report and recommendations.

The Court has considered—de novo—Judge White's report, the record, and the relevant legal authorities. Roberson filed his petition well beyond the one-year limitations period and his request for habeas relief is therefore time barred. Roberson has not established, either through his initial petition or what the Court has construed as his objections, that any equitable tolling of the limitations period is warranted; nor has he shown that he can prove actual innocence in order to overcome the time bar.

After careful review, the Court finds Judge White's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge White's report and recommendation (**ECF No. 4**). The Court **denies** Roberson's petition for the reasons set forth in Judge White's report (**ECF No. 1**). The Court does not issue a certificate of appealability. Finally, the Court directs the Clerk to **close** this case.

**Done and ordered**, at Miami, Florida, on August 29, 2018.

_____
Robert N. Scola, Jr.
United States District Judge